

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,695-01

### EX PARTE NICHOLAS G. HEINTZ, Applicant

### ON APPLICATION FOR AN ORIGINAL WRIT OF HABEAS CORPUS
### CAUSE NO. 15-0959-A
### IN THE 7TH DISTRICT COURT OF SMITH COUNTY

*Per curiam*.

### O R D E R

Pursuant to this Court's original jurisdiction to issue writs of habeas corpus, Applicant presents a motion for leave to file an original application for a writ of habeas corpus. TEX. CONST. art. V, § 5(c); TEX. CODE CRIM. PROC. art. 4.04 § 1. Among other things, Applicant alleges that he has been restrained for over one year, on bond, based on charges that have not yet resulted in an indictment.

Applicant contends that he filed an original habeas corpus application in the District Court[1] in May 2015, but the court has not issued the writ or taken any other action.

---

[1] TEX. CONST. art. V, § 8; TEX. CODE CRIM. PROC. Art. 11.05.

Before this Court considers whether exercising jurisdiction in this case is appropriate, the District Court is invited to respond to Applicant's claims that an original writ has been pending with no action. Additionally, the response shall state whether Applicant is still restrained, and whether charges have been filed against him. If an original habeas corpus application is pending in Respondent's court, the response shall specify whether the writ has issued and include any supporting documentation.

Applicant's motion for leave to file an application for a writ of habeas corpus shall be held in abeyance for 30 days from the date of this order. The parties may submit any response during that time.

Filed: November 18, 2015
Do not publish